tember 28, 1911.) Action by Joseph Frenche against the International Paper Company.

PER CURIAM. Judgment affirmed, with costs.

KELLOGG and BETTS, JJ., dissent.

---

FRIES, Respondent, v. ADAMS, Appellant. (Supreme Court, Appellate Division, Fourth Department. November 22, 1911.) Action by Henry S. Fries against Addie H. Adams.

PER CURIAM. Judgment and order affirmed, with costs.

ROBSON, J., dissents.

---

FRISBIE, Appellant, v. STAR PUB. CO., Respondent. (Supreme Court, Appellate Division, Third Department. November 29, 1911.) Action by Miles R. Frisbie against the Star Publishing Company.

PER CURIAM. Motion for leave to appeal to Court of Appeals granted, and question certified as follows: Was the order requiring the plaintiff to appear for examination before trial authorized upon the pleadings and papers upon which it was granted? For former opinion, see 131 N. Y. Supp. 970.

---

FURCULI v. BITTINER. (Supreme Court, Appellate Division, First Department. November 24, 1911.) Action by Armelia Furculi against Edmund Bittiner. No opinion. Application denied, with $10 costs. Order signed. See, also, 69 Misc. Rep. 112, 125 N. Y. Supp. 36.

---

GALLAGHER, Respondent, v. BILLINGS et al., Appellants. (Supreme Court, Appellate Division, Second Department. October 6, 1911.) Action by Sarah Gallagher against George S. Billings, individually, etc., and others. No opinion. Motion to dismiss appeal denied, but permission is given to respondent to present upon the argument such original papers on file in the Kings county clerk's office as she is advised may be necessary, together with the envelope referred to in the moving papers. See, also, 130 N. Y. Supp. 1112.

---

GAMA, Appellant, v. MOLINARI, Respondent. (Supreme Court, Appellate Division, First Department. November 10, 1911.) Action by Maria M. Gama against Giovanni Molinari. H. Greenberg, for appellant. S. Wechsler, for respondent. No opinion. Appeal dismissed, with $10 costs and disbursements. Order filed.

---

GEDDES COARSE SALT CO., Respondent, v. NIAGARA, LOCKPORT & ONTARIO POWER CO., Appellant. (Supreme Court, Appellate Division, Fourth Department. November 15, 1911.) Action by the Geddes Coarse Salt Company against the Niagara, Lockport & Ontario Power Company.

PER CURIAM. Judgment and orders affirmed, with costs. See, also, 140 App. Div. 919, 125 N. Y. Supp. 1121.

WILLIAMS, J., dissents.

---

GELB v. PRICE. (Supreme Court, Appellate Division, First Department. October 13, 1911.) Action by Rosie Gelb, an infant, etc., against Sabina Price. No opinion. Motion to dismiss appeal granted, with $10 costs. Order filed.

---

GELDER v. INTERNATIONAL ORE CO. (Supreme Court, Appellate Division, First Department. October 13, 1911.) Action by Barney Gelder against the International Ore Company. No opinion. Motion denied, with $10 costs. Order filed. See, also, infra.

---

GELDER, Respondent, v. INTERNATIONAL ORE TREATING CO., Appellant. (Supreme Court, Appellate Division, First Department. October 27, 1911.) Action by Barney Gelder against the International Ore Treating Company. L. Cohn, for appellant. H. S. Murphy, for respondent. No opinion. Order affirmed, with $10 costs and disbursements. Order filed. See, also, supra.

---

GEORGE H. RICE CO., Respondent, v. SAUL, Appellant. (Supreme Court, Appellate Division, Second Department. October 6, 1911.) Action by the George H. Rice Company against Louis Saul. No opinion. Motion denied, without costs.

---

GEORGE H. RICE CO., Respondent, v. SAUL, Appellant. (Supreme Court, Appellate Division, Second Department. October 6, 1911.) Action by the George H. Rice Company against Louis Saul. No opinion. Motion granted, without costs.

---

GERSTEN, Respondent, v. HURTIG & SEAMON, Appellants. (Supreme Court, Appellate Division, First Department. October 27, 1911.) Action by Frank Gersten against Hurtig & Seamon. L. Laski, for appellants. M. H. Grossman, for respondent. No opinion. Judgment and order affirmed, with costs. Order filed.

---

GERSTEN v. HURTIG & SEAMON (two cases). (Supreme Court, Appellate Division, First Department. November 24, 1911.) Action by Frank Gersten against Hurtig & Seamon. No opinion. Motions denied, with $10 costs. Orders filed. See, also, supra.

---

GIBBROEK v. KIRKPATRICK. (Supreme Court, Appellate Division, Fourth Department. November 29, 1911.) Action by Ada Gibbroek against George W. Kirkpatrick. No opinion.